PHILLIP A. TALBERT
United States Attorney
DENISE N. YASINOW
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:23-po-00143-DMC |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE BENCH TRIAL |
| v. | |
| WILLIAM A. JOPLIN, | |
| Defendant. | |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, proceeding *pro se*, stipulate as follows:

1. By previous order, this matter was scheduled for a bench trial on October 23, 2023, 10:00 a.m.

2. On October 12, 2023, counsel for the government and the defendant discussed scheduling.

/ / /

/ / /

/ / /

/ / /

3. By this stipulation, the parties now jointly move to continue the bench trial to December 11, 2023, at 10:00 a.m.

IT IS SO STIPULATED.

DATED: October 12, 2023         PHILLIP A. TALBERT
                                United States Attorney

                          By:   */s/ Denise N. Yasinow*
                                DENISE N. YASINOW
                                Assistant U.S. Attorney


                                */s/ William A. Joplin*
                                WILLIAM A. JOPLIN
                                Defendant
                                *(Approved via telephone on 10/12/2023)*

**ORDER**

IT IS SO ORDERED, that the bench trial scheduled for October 23, 2023 is continued to December 11, 2023, at 10:00 a.m.

Dated:  October 19, 2023

                                _____
                                DENNIS M. COTA
                                UNITED STATES MAGISTRATE JUDGE