IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM A. JOPLIN,<br><br>Defendant. | No.  3:23-po-0143-DMC-1<br><br><br><br>ORDER |

      This matter came on calendar for a status conference on March 4, 2025, before the undersigned in Redding, California.  Assistant United States Attorney Denise Yasinow appeared via Zoom for the Government.  Defendant Joplin did not appear.

      Notice of the hearing was mailed to Defendant Joplin at his address of record at 19096 Lower Salt Creek Road, Lakehead, California 96051, on September 16, 2024.  The docket does not reflect that mail was returned as undeliverable.  The Court hereby orders Defendant Joplin to personally appear on April 15, 2025, at 10:00 a.m., at the federal courthouse in Redding, California, located at 2986 Bechelli Lane, Redding, California 96002, to show cause why sanctions should not be imposed for Defendant's failure to appear on March 4, 2025.  Defendant

/ / /

/ / /

/ / /

is cautioned that his failure to appear as ordered on April 15, 2025, will result in issuance of a bench warrant for his arrest.

IT IS SO ORDERED.

Dated:  March 5, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE